United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO SANCHES GONZALES, | No. C 07-2805 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| Correctional Officers PACHUCA and HERNANDES, | |
| Defendants. / | |

This is a civil rights action filed pro se by a prisoner. The court notified plaintiff that he had failed to pay the filing fee or apply for leave to proceed in forma pauperis ("IFP"). He was informed that the case would be dismissed if he did not either pay the fee or apply for IFP status within thirty days. The deadline has passed and no response has been received.

This case is **DISMISSED** without prejudice. *See* Fed. R.Civ.P. 41(b). No fee is due. The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: July  10  , 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.07\GONZALES805.DSIFP