UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SERGIO SANCHES GONZALES,

        Plaintiff,

  v.

PACHUCA et al,

        Defendant.

Case Number: CV07-02805 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 11, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sergio Sanches Gonzales
J-34312
Salinas Valley State Prison
PO Box 1020
Soledad, CA 93960-1020

Dated: July 11, 2007

                                      Richard W. Wieking, Clerk
                                      By: Dawn Toland, Deputy Clerk