**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO SANCHES GONZALES, | No. C 07-2805 WHA (PR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Correctional Officers PACHUCA and HERNANDES, | |
| Defendants. / | |

The court has dismissed this prisoner in forma pauperis complaint. A judgment of dismissal without prejudice is entered in favor of defendants. Plaintiff shall take nothing by way of his complaint.

**IT IS SO ORDERED.**

Dated: July  10  , 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.07\GONZALES805.JUD